**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**RONALD JACOB LAUGHTER, individually and
as ADMINISTRATOR OF THE ESTATE and as
REPRESENTATIVE OF THE WRONGFUL
DEATH BENEFICIARIES OF
CAROLYN SUE LAUGHTER**                                            **PLAINTIFF**

**VERSUS**                                            **CIVIL ACTION NO. 2:06CV7-P-A**

**GEORGIA-PACIFIC CORPORATION**                                  **DEFENDANT**

## ORDER

This cause is before the Court on the defendant's Motion for Leave to File Surrebuttal to Plaintiff's Reply to Defendant's Response to Plaintiff's Motion to Remand and for Costs and Fees [18-1] and the plaintiff's Motion to Deny Defendant's Motion for Leave to File Surrebuttal and Motion to Strike the Defendant's Surrebuttal [19]. The Court, having reviewed the motions and being otherwise fully advised in the premises, finds as follows, to-wit:

That the defendant's Motion for Leave to File Surrebuttal to Plaintiff's Reply to Defendant's Response to Plaintiff's Motion to Remand and for Costs and Fees is well-taken and should be granted. The defendant is to file its surrebuttal within ten (10) days of the entry of this Order. Plaintiff is hereby granted leave to file a surreply not to exceed (5) pages in length within ten (5) days after defendant files its surrebuttal.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion for Leave to File Surrebuttal to Plaintiff's Reply to Defendant's Response to Plaintiff's Motion to Remand and for Costs and Fees [18-1] is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER

ORDERED that the defendant is to file its surrebuttal within ten (10) days of the entry of this Order.

IT IS FURTHER ORDERED that the plaintiff is hereby granted leave to file a surreply not to exceed (5) pages in length within ten (5) days after defendant files its surrebuttal. IT IS FURTHER ORDERED that the plaintiff's Motion to Deny Defendant's Motion for Leave to File Surrebuttal and Motion to Strike the Defendant's Surrebuttal [19] should be, and hereby is, DISMISSED AS MOOT in light of the Court's ruling on the defendant's motion.

SO ORDERED, this the 10th day of March, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE